COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Daniel Gonzalez Rodriguez v. The State of Texas

Appellate case number:    01-13-00778-CR

Trial court case number:  1380317

Trial court:              351st District Court of Harris County

Appellant's brief was originally due on January 10, 2014, more than one year ago. Despite multiple extensions, late brief notices, and a previous abatement of this appeal, no brief has yet been filed on behalf of appellant by his appointed counsel, Kurt B. Wentz. The latest deadline for filing of appellants brief was January 5, 2015. Our order of December 4, 2014 indicated no further extensions of the deadline would be permitted.

**Kurt B. Wentz is ORDERED to file a brief on behalf of Rodriguez within ten (10) days of the date of this order**. If this Court does not receive appellant's brief within ten (10) days of the date of this order, it will order the trial court to immediately conduct a hearing on the record to determine whether the appellant desires to prosecute his appeal, whether the appellant is indigent, whether Kurt B. Wentz has abandoned this appeal, if good cause exists to remove Wentz from this appeal, and to make appropriate findings and recommendations. TEX. R. APP. P. 38.8(2).

It is so ORDERED.

Judge's signature: _____/s/ Harvey Brown
                     X  Acting individually    ☐  Acting for the Court

Date:  January 22, 2015